

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
                                    NO. CR. S-05-128 LKK
12          Plaintiff,

13     v.                                O R D E R

14  JAMES KALFSBEEK, et al.,

15          Defendants.
                                        /
16

17      The Clerk has received miscellaneous and incoherent
18  correspondence from the various defendants in the above-captioned
19  case.  After review of the material, the court determines that it
20  has no relevance to the matters pending, and accordingly, the Clerk
21  is directed to file the documents with the understanding that the
22  court will disregard them and their contents.
23      IT IS SO ORDERED.
24      DATED:  July 19, 2005.

25                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
26                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT