**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 649-2006

ATTORNEY FOR DEFENDANT
BLANCHE PATRICIA HASSALL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-05-128-LKK |
| PLAINTIFF, ) | MOTION AND REQUEST FOR THE COURT TO FIND THE CASE COMPLEX AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT PROVISIONS AND ORDER |
| v. ) | |
| BLANCHE PATRICIA HASSALL, ) | |
| DEFENDANT. ) | |

   The defendant, BLANCHE PATRICIA HASSALL, by and through her counsel, James R. Greiner, requests and moves this Court to find that this case is complex and that the speedy trial clock should be stopped and time excluded therefrom until the next status conference scheduled for Wednesday, September 7, 2005, pursuant to Title 18 section 3161(h)(8)(A) and (B)(ii).

   The case is complex based upon both the number of defendants in the case, 7 defendants to date with one defendant outstanding, and the amount of discovery the government represents is in this case. The government stated that approximately 2,000 to 3,000 pages of discovery would be produced in the next week or so, and that the government has approximately over 10 four drawer file cabinets full of discovery and over approximately 25 banker boxes of documents (it is actually closer to 17 four drawer file cabinets and 65 banker boxes). The sheer amount of discovery will take a substantial amount of time for counsel to review and to review with my client to adequately represent her. Thus,

1

1  the defendant requests that the speedy trial clock be stopped and under the above provisions and also
2  under local code T-4.
3
4  DATED: JULY 20, 2005                    LAW OFFICES OF JAMES R. GREINER
5
6                                          /s/ JAMES R. GREINER
7                                          _____
                                            ATTORNEY FOR DEFENDANT
                                            BLANCHE PATRICIA HASSALL
8
9
10
11     **GOOD CAUSE BEING SHOWN,**
12     **IT IS SO ORDERED.**
13
       **DATED:     July 21, 2005**          **/s/ Lawrence K. Karlton**
14                                           **HONORABLE LAWRENCE K. KARLTON**
                                             **Senior District Court Judge**
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            2