# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | | |
|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF | UNITED STATES vs. Kurt Lakota | |
| FOR | EASTERN DISTRICT OF CA. | CAESC |
| AT | SACRAMENTO, CALIFORNIA | |

PERSON REPRESENTED (Show your full name): **KURT LAKOTA**

- 1. ☒ Defendant – Adult
- 2. ☐ Defendant – Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Parole Violator
- 6. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

DOCKET NUMBERS
- Magistrate: 
- District Court: 05-128 LKK
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

18 USC 371
18 USC 1341

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
- Are you now employed? ☐ Yes  ☒ No  ☒ Am Self Employed
- Name and address of employer: **CUBE WORLD AND MORE - "CONSULTANT"**
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment: **1980 = 13/HR**
- How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes  ☐ No  (DIVORCED)
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

### ASSETS
**FRUITS OF MY LABOR** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $2600 — MULTIPLE SMALL JOBS LAST YR TOTAL

### CASH
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ 0

### PROPERTY
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $750 | 89 TAURUS |
| 0 | 74 BMW (NON OP) |

**FILED — JUL 29 2005 — CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK**

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☐ MARRIED
  - ☐ WIDOWED
  - ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT: ALL BILLS TOTAL | | $ | $ 750 |
| CREDIT CARD DEBT - BLOCKED | | $ 5000 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **7-20-05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *without prejudice U.C.C. 1-207, under duress* /s/