IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br> v.                                                    )<br>                                                          )<br> KURT LAKOTA                            )<br>                                                          )<br>            Defendant.                       )<br>_____) | NO. Cr.S-05-0128-LKK<br><br>Order re<br>pre trial release |

The court has reviewed the proposed order filed by defendant Kurt Lakota's counsel, and hereby adopts the stipulated changes agreed to by the defendant and the government. Specifically, the court orders the release of defendant Kurt Lakota upon receipt of a faxed copy of a $50,000.00 unsecured bond signed by Ritchie Goswell, and subject to the other conditions of release imposed on July 22, 2005.  The original bond shall be filed within seven days of the date of this order.

Dated: August 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1