McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-128 LKK |
| | ) | |
| Plaintiff, | ) | ORDER DECLARING CASE |
| | ) | COMPLEX AND FINDING |
| v. | ) | EXCLUDABLE TIME |
| | ) | |
| JAMES KALFSBEEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

　　　　This matter came on regularly for hearing on September 7, 2005, in the courtroom of the Honorable Lawrence K. Karlton.  Scott Tedmon appeared on behalf of the defendant, James Kalfsbeek; Robert Peters appeared on behalf of defendant Sherwood T. Rodrigues; Dwight M. Samuel appeared on behalf of defendant Kurt Lakota; Marcus D. Merchasin appeared on behalf of defendant Amy Polnoff; Steven Helfand appeared on behalf of defendant David Polnoff; Candace Fry appeared on behalf of defendant Louise Renfro; James R. Greiner appeared on behalf of defendant Blanche Patricia Hassall; and Joseph J. Wiseman appeared on behalf of defendant Donna Rowe.  Defendants James Kalfsbeek, Amy Polnoff, David Polnoff and Donna Rowe were personally present.  The remaining defendants had previously filed waivers of appearance.  Assistant U.S. Attorneys R. Steven Lapham

and Kenneth J. Melikian appeared for the United States.

Having been advised by all defense counsel that there is a considerable amount of discovery that remains to be reviewed and that defendants need additional time to complete their review and prepare their respective defenses, including pretrial motions, and having considered the nature of the charges confronting the defendant, and good cause appearing therefor,

The court reiterates its previous finding that this is an unusual and complex case within the meaning of 18 U.S.C. §3161(h)(8)(B)(ii) in that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial within the time limits established by the Speedy Trial Act, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

IT IS ORDERED that this matter is continued to January 10, 2006, at 9:30 a.m., for further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv),  the period from September 7, 2005, to and including January 10, 2006, is excluded from the time computations required by the Speedy Trial Act.

DATED: September 9, 2005

/s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
Senior U.S. District Judge