LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JAMES KALFSBEEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES KALFSBEEK, et al.,<br><br>　　　　　Defendants. | Cr. No. S-05-128 LKK<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME |

　　　　The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and defendant James Kalfsbeek, through his counsel Scott L. Tedmon; defendant Kurt Lakota, through his counsel Dwight M. Samuel; defendant Sherwood T. Rodrigues, through his counsel Robert J. Peters; defendant Blanche Hassall, through her counsel James R. Greiner; defendant Amy Polnoff, through her counsel Marcus D. Merchasin; defendant David Polnoff, through his counsel Steven F. Helfand; defendant Louise Renfro, through her counsel Candace A. Fry; and defendant Donna Rowe, through her counsel Joseph J. Wiseman, hereby stipulate and agree as follows:

　　　　1. The current status conference in this case is set for January 10, 2006 at 9:30 a.m.

　　　　2. At the July 21, 2005 status conference, time was excluded under the Speedy Trial Act through September 7, 2005 under Local Code T2, unusual and complex case, and under Local Code T4, need of counsel to prepare.

- 1 -

3. At the September 7, 2005 status conference, time was excluded under the Speedy Trial Act through January 10, 2006 under Local Code T2, unusual and complex case, and under Local Code T4, need of counsel to prepare.

4. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act in that this case is unusual and complex, for need of counsel to prepare and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

5. The 34-count Indictment in this case charges the defendants with a multitude of charges including 18 U.S.C. §371 - Conspiracy; 18 U.S.C. §1341 - Mail Fraud; 18 U.S.C. §1343 - Wire Fraud; 18 U.S.C. §1957 - Monetary Transactions in Criminally Derived Property; and 18 U.S.C. §1956(a)(1)(B)(I) and 2 - Money Laundering and Aiding and Abetting.

6. The government has provided defense counsel with 2,530 pages of discovery. Mr. Chris Lewis, the California Department of Insurance investigator on this case, stated the government has in its possession several hundred thousand pages of additional documents contained in 50 bankers boxes and 17 file cabinets which are available for review by the defense. A review of this voluminous discovery is necessary and relevant to the defense counsel's full and proper preparation of the case.

7. Accordingly, it is hereby stipulated and the parties agree that the date for the status conference in this matter be continued to April 11, 2006 at 9:30 a.m., and that time be excluded under the Speedy Trial Act based on this case being unusual and complex pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), Local Code T2; for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 4, 2006                McGREGOR W. SCOTT
                                      United States Attorney

                                       /s/ R. Steven Lapham
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney

DATED: January 4, 2006                LAW OFFICE OF SCOTT L. TEDMON

                                       /s/ Scott L. Tedmon
                                      SCOTT L. TEDMON
                                      Attorney for James Kalfsbeek

DATED:  January 4, 2006               LAW OFFICE OF DWIGHT M. SAMUEL

                                       /s/ Dwight M. Samuel
                                      DWIGHT M. SAMUEL
                                      Attorney for Kurt Lakota

DATED:  January 4, 2005               LAW OFFICE OF ROBERT J. PETERS

                                       /s/ Robert J. Peters
                                      ROBERT J. PETERS
                                      Attorney for Sherwood T. Rodrigues

DATED:  January 4, 2006               LAW OFFICE OF JAMES R. GREINER

                                       /s/ James R. Greiner
                                      JAMES R. GREINER
                                      Attorney for Blanche Hassall

DATED:  January 4, 2006               LAW OFFICE OF MARCUS D. MERCHASIN

                                       /s/ Marcus D. Merchasin
                                      MARCUS D. MERCHASIN
                                      Attorney for Amy Polnoff

DATED: January 4, 2006                HELFAND LAW OFFICES

                                       /s/ Steven F. Helfand
                                      STEVEN F. HELFAND
                                      Attorney for David Polnoff

DATED:  January 4, 2006               LAW OFFICE OF CANDACE A. FRY

                                       /s/ Candace A. Fry
                                      CANDACE A. FRY
                                      Attorney for Louise Renfro

| | |
|---|---|
| DATED: January 4, 2006 | LAW OFFICE OF JOSEPH J. WISEMAN |
| | /s/ Joseph J. Wiseman |
| | JOSEPH J. WISEMAN |
| | Attorney for Donna Rowe |

### **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act in that this is an unusual and complex case within the meaning of 18 U.S.C. §3161(h)(8)(b)(ii) [Local Code T2], for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), [Local Code T4] and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to April 11, 2006, at 9:30 a.m., for further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), the period from January 10, 2006, to and including April 11, 2006, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 6, 2006        /s/ Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              Senior U.S. District Judge