1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    717 K Street, Suite 227
3   Sacramento, California 95814
    Telephone: (916) 441-4540
4
    Attorney for Defendant
5   JAMES KALFSBEEK

6

7
                      IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          )
                                       )
12            Plaintiff,               )        Cr. No. S-05-128 LKK
                                       )
13                                     )        STIPULATION AND
          v.                           )        ORDER TO CONTINUE STATUS
14                                     )        CONFERENCE AND FINDING
                                       )        OF EXCLUDABLE TIME
15  JAMES KALFSBEEK, et al.,           )
                                       )
16            Defendants.              )
    _____)

17

18          The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and

19  defendant James Kalfsbeek, through his counsel Scott L. Tedmon; defendant Kurt Lakota, through

20  his counsel Dwight M. Samuel; defendant Sherwood T. Rodrigues, through his counsel Robert J.

    Peters; defendant Blanche Hassall, through her counsel James R. Greiner; defendant Amy Polnoff,
21
    through her counsel Joseph Shemaria; defendant David Polnoff, through his counsel Steven F.
22
    Helfand; defendant Louise Renfro, through her counsel Candace A. Fry; and defendant Donna
23
    Rowe, through her counsel Joseph J. Wiseman, hereby stipulate and agree as follows:
24
            1.  The current status conference in this case is set for July 11, 2006 at 9:30 a.m.
25
            2.  At the July 21, 2005 status conference, time was excluded under the Speedy Trial Act
26
    through September 7, 2005 under Local Code T2, unusual and complex case, and under Local Code
27
    T4, need of counsel to prepare.
28

                                          - 1 -

3. At the September 7, 2005 status conference, time was excluded under the Speedy Trial Act through January 10, 2006 under Local Code T2, unusual and complex case, and under Local Code T4, need of counsel to prepare.

4. On January 6, 2006, pursuant to a Stipulation and Order, time was excluded under the Speedy Trial Act through April 11, 2006 under Local Code T2, unusual and complex case, and under Local Code T4, need of counsel to prepare.

5. On April 6, 2006, pursuant to a Stipulation and Order, time was excluded under the Speedy Trial Act through July 11, 2006 under Local Code T2, unusual and complex case, and under Local Code T4, need of counsel to prepare.

6. The parties stipulate and agree that the Court should set a further status conference and reiterate its previous finding that time should be excluded under the Speedy Trial Act in that this case is unusual and complex, for need of counsel to prepare and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

7. The 34-count Indictment in this case charges the defendants with a multitude of charges including 18 U.S.C. §371 - Conspiracy; 18 U.S.C. §1341 - Mail Fraud; 18 U.S.C. §1343 - Wire Fraud; 18 U.S.C. §1957 - Monetary Transactions in Criminally Derived Property; and 18 U.S.C. §1956(a)(1)(B)(I) and 2 - Money Laundering and Aiding and Abetting.

8. The government has provided defense counsel with 2,530 pages of discovery. Counsel for Mr. Kalfsbeek has met and conferred with Mr. Chris Lewis, the California Department of Insurance investigator, on several occasions to review significant portions of the discovery. The hard copy discovery in this case exceeds 400,000 pages. Additionally, there are eleven (11) computers that were seized. The information on the hard drives of these eleven computers need to be copied to disc so the defense can review the contents. Counsel for Mr. Halfsbeek has been working with both Investigator Lewis as well as FBI Special Agent Angel Armstrong regarding the forensics and manner in which these hard drives will be copied for the defense and anticipates receiving this discovery within the next 30 days. A review of this voluminous discovery is necessary and relevant to defense counsel's  full and proper preparation of the case.

9.  In addition to reviewing the voluminous discovery in this case, necessary investigation is being conducted on behalf of certain of the defendants.  Given the large scope of the case, additional time is needed to continue with the defense investigation.

10.  Accordingly, it is hereby stipulated and the parties agree that the date for the status conference in this matter be continued to October 11, 2006 at 9:30 a.m., and that time be excluded under the Speedy Trial Act based on this case being unusual and complex pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), Local Code T2; for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

The court date of Wednesday, October 11, 2006 has been approved by Ana Rivas.  Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: July 5, 2006 McGREGOR W. SCOTT
United States Attorney

 /s/ R. Steven Lapham 
R. STEVEN LAPHAM
Assistant U.S. Attorney

DATED: July 5, 2006 LAW OFFICE OF SCOTT L. TEDMON

 /s/ Scott L. Tedmon 
SCOTT L. TEDMON
Attorney for James Kalfsbeek

DATED: July 5, 2006 LAW OFFICE OF DWIGHT M. SAMUEL

 /s/ Dwight M. Samuel 
DWIGHT M. SAMUEL
Attorney for Kurt Lakota

DATED: July 5, 2005 LAW OFFICE OF ROBERT J. PETERS

 /s/ Robert J. Peters 
ROBERT J. PETERS
Attorney for Sherwood T. Rodrigues

DATED: July 5, 2006 LAW OFFICE OF JAMES R. GREINER

 /s/ James R. Greiner 
JAMES R. GREINER
Attorney for Blanche Hassall

1    DATED: July 5, 2006                    LAW OFFICE OF JOSEPH SHEMARIA

2                                              /s/ Joseph Shemaria
                                            JOSEPH SHEMARIA
3                                           Attorney for Amy Polnoff

4    DATED: July 5, 2006                    HELFAND LAW OFFICES

5                                              /s/ Steven F. Helfand
                                            STEVEN F. HELFAND
6                                           Attorney for David Polnoff

7    DATED: July 5, 2006                    LAW OFFICE OF CANDACE A. FRY

8                                              /s/ Candace A. Fry
                                            CANDACE A. FRY
9                                           Attorney for Louise Renfro

10
     DATED: July 5, 2006                    LAW OFFICE OF JOSEPH J. WISEMAN
11
                                               /s/ Joseph J. Wiseman
12                                          JOSEPH J. WISEMAN
                                            Attorney for Donna Rowe
13

14                                  **ORDER**

15          GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its

16   previous finding that time be excluded under the Speedy Trial Act in that this is an unusual and

17   complex case within the meaning of 18 U.S.C. §3161(h)(8)(b)(ii) [Local Code T2], for need of

18   counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), [Local Code T4] and that the ends of

19   justice therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

20          IT IS ORDERED that this matter is continued to Wednesday, October 11, 2006, at 9:30 a.m.,

21   for further Status Conference.

22          IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), the

23   period from July 11, 2006, to and including October 11, 2006, is excluded from the time

24   computations required by the Speedy Trial Act.

25          **IT IS SO ORDERED.**

26   DATED: July 6, 2006

27                                          _____
                                            LAWRENCE K. KARLTON
28                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

                                     - 4 -