```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724

 5

 6             IN THE UNITED STATES DISTRICT COURT FOR THE

 7                   EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,    )    CR. NO. S-05-128 LKK
                                 )
10           Plaintiff,          )    ORDER CONTINUING STATUS
                                 )    CONFERENCE AND FINDING
11      v.                       )    EXCLUDABLE TIME
                                 )
12  JAMES KALFSBEEK, et al.      )
                                 )
13           Defendants.         )
    _____)
14

15           This matter came on regularly for hearing on October 10,

16  2006, in the courtroom of the Honorable Lawrence K. Karlton.  Scott

17  Tedmon appeared on behalf of the defendant, James Kalfsbeek; Robert

18  Peters appeared on behalf of defendant Sherwood T. Rodrigues; Dwight

19  M. Samuel appeared on behalf of defendant Kurt Lakota and also

20  appeared specially for attorney Joseph Shemaria on behalf of

21  defendant Amy Polnoff; Stephanie Ames appeared on behalf of

22  defendant David Polnoff; Candace Fry appeared on behalf of defendant

23  Louise Renfro; James R. Greiner appeared on behalf of defendant

24  Blanche Patricia Hassall; and Joseph J. Wiseman appeared on behalf

25  of defendant Donna Rowe.  Defendant Donna Rowe was personally

26  present.  The remaining defendants had previously filed waivers of

27  appearance.  Assistant U.S. Attorney R. Steven Lapham appeared for

28  the United States.
```

1    Having been advised by all defense counsel that there is a
2 considerable amount of discovery that remains to be reviewed and
3 that defendants need additional time to complete their review and
4 prepare their respective defenses, including pretrial motions, and
5 having considered the nature of the charges confronting the
6 defendant, and good cause appearing therefor,
7    The court reiterates its previous finding that this is an
8 unusual and complex case within the meaning of 18 U.S.C.
9 §3161(h)(8)(B)(ii) in that it is unreasonable to expect adequate
10 preparation for pretrial proceedings or for trial within the time
11 limits established by the Speedy Trial Act, and that the ends of
12 justice therefore outweigh the best interest of the public in a
13 speedy trial.  Accordingly,
14    IT IS ORDERED that this matter is continued to January 9, 2007,
15 at 9:30 a.m., for further Status Conference.
16    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)
17 (B)(ii) and (iv), the period from October 10, 2006, to and
18 including January 9, 2007, is excluded from the time computations
19 required by the Speedy Trial Act.
20 DATED:   January 8, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2