```
LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JAMES KALFSBEEK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JAMES KALFSBEEK, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. S-05-128 LKK <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE AND FINDING <br> OF EXCLUDABLE TIME |

  The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and defendant James Kalfsbeek, through his counsel Scott L. Tedmon; defendant Kurt Lakota, through his counsel Dwight M. Samuel; defendant Sherwood T. Rodrigues, through his counsel Robert J. Peters; defendant Blanche Hassall, through her counsel James R. Greiner; defendant Amy Polnoff, through her counsel Joseph Shemaria; defendant David Polnoff, through his counsel Stephanie Ames; defendant Louise Renfro, through her counsel Candace A. Fry; and defendant Donna Rowe, through her counsel Joseph J. Wiseman, hereby stipulate and agree as follows:

  1. The current status conference in this case is set for April 10, 2007 at 9:30 and time has been excluded under the Speedy Trial Act through April 10, 2007 pursuant to Local Code T2, unusual and complex case, and Local Code T4, need of counsel to prepare.

  2. The parties stipulate and agree that the Court should set a further status conference and reiterate its previous finding that time should be excluded under the Speedy Trial Act in that this case is unusual and complex, for need of counsel to prepare and that the ends of justice therefore

1 outweigh the best interest of the public in a speedy trial.

2     3. The 34-count Indictment in this case charges the defendants with a multitude of charges including 18 U.S.C. §371 - Conspiracy; 18 U.S.C. §1341 - Mail Fraud; 18 U.S.C. §1343 - Wire Fraud; 18 U.S.C. §1957 - Monetary Transactions in Criminally Derived Property; and 18 U.S.C. §1956(a)(1)(B)(I) and 2 - Money Laundering and Aiding and Abetting.

    4. The government has provided defense counsel with 2,530 pages of discovery. Counsel for Mr. Kalfsbeek has met and conferred with Mr. Chris Lewis, the California Department of Insurance investigator, on several occasions to review significant portions of the discovery. The hard copy discovery in this case exceeds 400,000 pages. Additionally, there are eleven (11) computers that were seized. A review of this voluminous discovery is ongoing and is necessary and relevant to defense counsel's full and proper preparation of the case.

    5. In addition to reviewing the voluminous discovery in this case, necessary investigation is being conducted on behalf of certain of the defendants. Given the large scope of the case, additional time is needed to continue with the defense investigation.

    6. Accordingly, it is hereby stipulated and the parties agree that the date for the status conference in this matter be continued to Tuesday, July 31, 2007 at 9:30 a.m., and that time be excluded under the Speedy Trial Act based on this case being unusual and complex pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), Local Code T2; for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

    7. The court date of Tuesday, July 31, 2007 has been approved by Ana Rivas.

    8. Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 5, 2007                    McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ R. Steven Lapham
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney

| | | |
|---|---|---|
| 1 | DATED: April 5, 2007 | LAW OFFICE OF SCOTT L. TEDMON |
| 2 | | /s/ Scott L. Tedmon |
| | | SCOTT L. TEDMON |
| 3 | | Attorney for James Kalfsbeek |
| 4 | DATED: April 5, 2007 | LAW OFFICE OF DWIGHT M. SAMUEL |
| 5 | | /s/ Dwight M. Samuel |
| | | DWIGHT M. SAMUEL |
| 6 | | Attorney for Kurt Lakota |
| 7 | DATED: April 5, 2007 | LAW OFFICE OF ROBERT J. PETERS |
| 8 | | /s/ Robert J. Peters |
| | | ROBERT J. PETERS |
| 9 | | Attorney for Sherwood T. Rodrigues |
| 10 | DATED: April 5, 2007 | LAW OFFICE OF JAMES R. GREINER |
| 11 | | /s/ James R. Greiner |
| | | JAMES R. GREINER |
| 12 | | Attorney for Blanche Hassall |
| 13 | DATED: April 5, 2007 | LAW OFFICE OF JOSEPH SHEMARIA |
| 14 | | /s/ Joseph Shemaria |
| | | JOSEPH SHEMARIA |
| 15 | | Attorney for Amy Polnoff |
| 16 | DATED: April 5, 2007 | LAW OFFICE OF STEPHANIE AMES |
| 17 | | /s/ Stephanie Ames |
| | | STEPHANIE AMES |
| 18 | | Attorney for David Polnoff |
| 19 | DATED: April 5, 2007 | LAW OFFICE OF CANDACE A. FRY |
| 20 | | /s/ Candace A. Fry |
| | | CANDACE A. FRY |
| 21 | | Attorney for Louise Renfro |
| 22 | DATED: April 5, 2007 | LAW OFFICE OF JOSEPH J. WISEMAN |
| 23 | | |
| 24 | | /s/ Joseph J. Wiseman |
| | | JOSEPH J. WISEMAN |
| | | Attorney for Donna Rowe |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act in that this is an unusual and complex case within the meaning of 18 U.S.C. §3161(h)(8)(b)(ii) [Local Code T2], for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), [Local Code T4] and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

IT IS ORDERED that this matter is continued to Tuesday, July 31, 2007, at 9:30 a.m., for further Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), the period from April 10, 2007, to and including July 31, 2007, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: April 6, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT