1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Fax: (916) 441-4760
   Email: tedmonlaw@comcast.net
5
   Attorney for Defendant
6  JAMES KALFSBEEK

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,       )
                                    )   Case No.: CR. S-05-128 LKK
11         Plaintiff,               )
                                    )   ORDER RE: SETTING
12                                  )   OF MOTION SCHEDULE, TRIAL
       v.                           )   CONFIRMATION HEARING AND
13                                  )   JURY TRIAL DATES; SPEEDY
                                    )   TRIAL ACT: EXCLUSION OF TIME
14 JAMES KALFSBEEK, et al.,         )
                                    )
15         Defendants.              )

16      This matter came on regularly for hearing on May 20, 2008 at 9:30 a.m. for status conference

17 as to all defendants. The United States of America was represented by Assistant U.S. Attorney

18 Steven Lapham. Defendant James Kalfsbeek was not present, having a waiver of appearance on file

19 and was represented by his counsel, Scott L. Tedmon. Defendant Kurt Lakota was not present,

20 having a waiver of appearance on file and was represented by his counsel, Dwight Samuel.

21 Defendant Sherwood Rodrigues was not present, having a waiver of appearance on file and was

22 represented by his counsel, Robert Peters. Defendant Blanche Hassall was not present, having a

23 waiver of appearance on file and was represented by Scott L. Tedmon, who appeared specially for

24 Hassall's counsel, James R. Greiner. Defendant Amy Polnoff was not present, having a waiver of

25 appearance on file and was represented by her counsel, John Balazs. Defendant David Polnoff was

26 not present, having a waiver of appearance on file and was represented by his counsel, Bruce Locke.

27 Defendant Louise Renfro was not present, having a waiver of appearance on file and was

28 represented by her counsel, Candace Fry. Defendant Donna Rowe was not present, having a waiver

of appearance on file and was represented by her counsel, Joseph Wiseman.

At the request of the government and defense counsel and **GOOD CAUSE APPEARING THEREFORE**, the Court sets the following motion schedule, trial confirmation and jury trial dates.

MOTION SCHEDULE

1. Defense motions due: September 16, 2008
2. Government response due: October 21, 2008
3. Defense reply due: November 4, 2008
4. Non-evidentiary hearing: November 18, 2008 at 9:30 a.m.

TRIAL CONFIRMATION AND JURY TRIAL

1. Trial Confirmation Hearing: April 28, 2009 at 9:30 a.m.
2. Jury Trial: May 19, 2009 at a time to be set at the trial confirmation hearing.

As to all defendants, the time between May 20, 2008 and May 19, 2009 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(ii) (complexity) and 3161(h)(8)(B)(iv) (time to prepare), Local Codes T2 and T4, respectively.

**IT IS SO ORDERED**.

DATED: June 2, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT