```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-05-128 LKK |
| ) Plaintiff, ) | |
| ) | Order Dismissing Count 2 |
| v. ) | As to Amy Polnoff, David |
| ) | Polnoff, Louise Renfro and |
| JAMES S. KALFSBEEK, et al., ) | Donna Willis Only |
| ) Defendants. ) | |
| ) | |

    Based on the the government's motion to dismiss Count 2 of the superceding indictment against defendants Amy Polnoff, David Polnoff, Louise Renfro, and Donna Willis only,

    IT IS HEREBY ORDERED that Count 2 of the above-captioned superceding indictment be and hereby is dismissed as to defendants Amy Polnoff, David Polnoff, Louise Renfro and Donna Willis only.

DATED: October 23, 2008

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT