UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                  NO. CR. S-05-128 LKK

      Plaintiff,

  v.                                    O R D E R

JAMES KALFSBEEK, et al.,

      Defendants.

_____/

    Due to a scheduling conflict, the status conference currently set for March 10, 2009 is continued to March 17, 2009 at 9:15 a.m. as to all defendants.

    Additionally, in light of the communication between defendant Rodrigues and his counsel and defendant Kalfsbeek and his counsel, and the communications written to the court by defendants Rodrigues and Kalfsbeek, it is now ordered that both defendants Rodrigues and Kalsfbeek personally appear on March 17, 2009 at 9:15 a.m.  Counsel are to advise their clients that the court has terminated their waivers of appearance and a failure to appear on the specified date

will result in a bench warrant issuing.

IT IS SO ORDERED.

DATED: February 10, 2009.

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2