DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
KURT LAKOTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0128 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| KURT LAKOTA, ) | |
| Defendant. ) | |

Defendants, Kurt Lakota, through counsel, and the United States of America, through Assistant U.S. Attorney Steve Lapham, agree that the Judgement and Sentencing set for September 22, 2009 be continued to November 3, 2009 at **9:15 am.**

In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 11/03/2009 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than: | 10/27/2009 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later than: | 10/20/2009 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no later than: | 10/13/2009 |

Respectfully submitted,

1

2  DATED: September 4, 2009          /S/Dwight M. Samuel
                                      Dwight M. Samuel
3                                     Attorney for Defendant
                                      Kurt Lakota
4

5
    DATED: September 4, 2009          /S/ Steven Lapham
6                                     Steven Lapham
                                      Assistant United States Attorney
7                                     (Signed per Telephonic authorization)

8

9

10         IT IS SO ORDERED.

11  DATED: September 11, 2009

12                                    _____
                                      LAWRENCE K. KARLTON
13                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28