UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED

APR 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

RE: Kurt LAKOTA, Amy POLNOFF, James KALFSBEEK, Donna ROWE
Docket Number: 2:05CR00128
<u>**CONTINUATION OF RESTITUTION HEARING**</u>
Status Date: 04/20/2010

Your Honor:

The above-referenced defendants have been sentenced, but the issue of restitution was to be determined at a hearing set for April 20, 2010. However, due to the complex nature of this restitution matter, the investigation is continuing. Therefore, it is requested the hearing date be continued to April 27, 2010.

Kalfsbeek and Rowe were sentenced on February 23, 2010. Lakota was sentenced on November 3, 2009 and Polnoff was sentenced October 6, 2009. The statute allows for a restitution hearing to be held within 90 days of the sentencing hearing. April 27, 2010 is 70 days after the sentencing date for Kalfsbeek and Rowe. According to notes in ECF, Lakota and Polnoff agreed to defer their restitution hearings for no more than 70 days after Kalfsbeek and Rowe were sentenced. Therefore, the restitution issue needs to be resolved by April 27, 2010 absent a waiver of time by Lakota and Polnoff.

The amount of restitution which will be recommended is $2,400,000. This corresponds to the loss amount used to compute the guidelines in the defendant's cases and reflects the average premium price paid by the 3,200 PSASL members of $750. The only outstanding issue is identifying all 3,200 victims which the AUSA and case agent are investigating at this time. Restitution in the amount of $750 will be recommended for each victim, except, at least two victims will receive larger sums as they had to personally pay

RE: Kurt LAKOTA, Amy POLNOFF, James KALFSBEEK, Donna ROWE
Docket Number: 2:05CR00128
**CONTINUATION OF RESTITUTION HEARING**

claims PSASL refused to pay, and those victims were able to provide verification of their actual losses.

If I can be of further assistance, please contact me at 916-930-4317.

Respectfully submitted,

*Linda Alger*
LINDA L. ALGER
**Supervising United States Probation Officer**

Dated:   April 15, 2010
         Sacramento, California
         LLA

cc:   R. Steven Lapham
      Assistant United States Attorney

      Dwight Samuel, John Balazs, Scott Tedmon, Joseph Wiseman
      Defense Counsel

AGREE: ✓           DISAGREE: _____

_____                    4/16/10
**LAWRENCE K. KARLTON**                       DATE
Senior United States District Judge