```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> JAMES KALFSBEEK, et al.,          )<br>                                   )<br>          Defendants.              )<br> _____)  | CR. NO. S-05-128 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING RESTITUTION<br>HEARING<br><br> Date: 05/11/10<br> Time: 9:15 a.m.<br> Court: Courtroom 4 |

   IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant JAMES KALFSBEEK, through counsel Scott L. Tedmon, defendant DONNA ROWE, through counsel Joseph J. Wiseman, defendant AMY POLNOFF, through counsel John Balazs, and defendant KURT LAKOTA, through counsel Dwight Samuel, that the restitution hearing presently set for May 11, 2010 be continued to **May 25, 2010.**

   IT IS FURTHER STIPULATED that the 90 day time period for holding a restitution hearing set forth in Title 18, United States Code, Section 3663(d)(5), is waived.

   This continuance is necessary to permit the parties to continue work on the preparation of a stipulated restitution order to be

1

1  presented to the court. The parties have already made substantial
2  progress on such a proposed order but need additional time to obtain
3  the consent of all defendants.
4  IT IS SO STIPULATED.
5  Dated: May 7, 2010                  /s/ Scott L. Tedmon
                                       SCOTT L. TEDMON
6                                      Attorney for Defendant
                                        James Kalfsbeek
7

8
   Dated: May 7, 2010                  /s/ Joseph J. Wiseman
9                                      JOSEPH J. WISEMAN
                                       Attorney for Defendant
10                                      Donna Rowe

11

12 Dated: May 7, 2010                  /s/ John Balazs
                                       JOHN BALAZS
13                                     Attorney for Defendant
                                        Amy Polnoff
14

15
   Dated: May 7, 2010                  /s/ Dwight Samuel
16                                     DWIGHT SAMUEL
                                       Attorney for Defendant
17                                      Kurt Lakota

18

19 Dated: May 7, 2010                  BENJAMIN B. WAGNER
                                       United States Attorney
20

21                                 by:  /s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
22                                     Assistant U.S. Attorney

23

24
                                O R D E R
25

26 IT IS SO ORDERED.
27 Dated: May 11, 2010

28                                     _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT