BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-05-128 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: RESTITUTION |
| JAMES KALFSBEEK, et al., | |
| Defendants. | Date: 05/11/10 Time: 9:15 a.m. Court: Courtroom 4 |

        IT IS HEREBY STIPULATED between the United States of America

through its undersigned counsel, Assistant United States Attorney R.

Steven Lapham, and defendant JAMES KALFSBEEK, through counsel Scott

L. Tedmon, defendant DONNA ROWE, through counsel Joseph J. Wiseman,

defendant AMY POLNOFF, through counsel John Balazs, and defendant

KURT LAKOTA, through counsel Dwight Samuel, as follows:

        1.  The number of identifiable victims in this case is so large

and the task of determining complex issues of fact related to the

cause and amount of each victim's loss so complex, that it is

impractical to attempt to fashion a comprehensive restitution order

that would encompass all losses in the case.

////

1

2.  Given the financial resources of each of the defendants and the anticipated financial needs and earning ability of each of the defendants, it is also impractical to expect that the defendants could compensate all the victims in this case if the court were to impose a comprehensive restitution order.

3.  The individuals listed below either testified at trial, submitted claims with the U.S. Attorneys Office or the United States Probation Office, or otherwise provided documentation substantiating their losses as a result of the defendants' conduct.

| | |
|---|---:|
| TONY HYSON | $19,000 |
| ROBERT QUICK | $16,680 |
| BONNIE DANDRIDGE | $800 |
| TRACY DANDRIDGE | $5,300 |
| TINA/BERNARD DARBONNE | $729 |
| DANIEL GILL | $750 |
| STEPHEN S. GREGG | $500 |
| CAMARIE (HAMILL) DAVIES | $1,850 |
| GLENN COLLINS | $14,500 |
| DARREN/TONYA LEWIS | $5,600 |
| ARTHUR MISHKOFF | $9,041 |
| NATHAN WRIGHT | $25 |

**TOTAL:**  $ 74,775

4.  The court may, therefore, enter an order of restitution in the amount of $74,775, payable jointly and severally by each of the above-named defendants, apportioned to the above-named victims in the amounts indicated.

IT IS SO STIPULATED.

Dated: May 24, 2010

  /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant
 James Kalfsbeek


Dated: May 24, 2010

  /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
 Donna Rowe

2

```
 1
 2   Dated: May 24, 2010              __/s/ John Balazs_____
                                      JOHN BALAZS
 3                                    Attorney for Defendant
                                       Amy Polnoff
 4

 5
     Dated: May 24, 2010              __/s/ Dwight Samuel_____
 6                                    DWIGHT SAMUEL
                                      Attorney for Defendant
 7                                     Kurt Lakota

 8

 9   Dated: May 24, 2010              BENJAMIN B. WAGNER
                                      United States Attorney
10

11                                    by:__/s/ R. Steven Lapham_____
                                      R. STEVEN LAPHAM
12                                    Assistant U.S. Attorney

13

14                                    O R D E R

15

16   IT IS SO ORDERED.

17   Dated: June 22, 2010

18

19                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
20                                    UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28
```